# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Ebonie Burnside )
)
Plaintiff )
)
vs. )   Case No. _____
Melinda Eddy individual and Official )   *(The case number will be assigned by the clerk)*
Warden Long individual and Official Capacity )
Correctional Officer Worth individual and Official )
Correctional Officer Williams individual )
and official Capacity )
Internal Affairs Officer Justin )
Russell individual and Official )
Correctional officer Blumstien )
individual and official Capacity )
Defendant(s) )

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

- [x] 42 U.S.C. §1983 (state, county or municipal defendants)

- [ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

- [ ] Other federal law: _____

- [ ] Unknown _____

## I. FEDERAL JURISDICTION

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Ebonie Burnside, et al.,

Prison Identification Number: B75094

Current address: PO Box 1000
Lincoln, IL 62656

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Melinda Eddy

Current Job Title: Chief of Women's Division (IDOC)

Current Work Address: PO Box 1000
Lincoln, IL 62656

Defendant #2:

Full Name: Warden Long

Current Job Title: Warden #1

Current Work Address: PO Box 1000
Lincoln, IL 62656

Defendant #3:

Full Name: Lieutenant Worth

Current Job Title: Lieutenant of Internal Affairs

2

Defendant #6

Justin Russell
External Affairs Officer
PO Box 1000
Lincoln, IL 62656

Current Work Address  P O Box 1000
Lincoln, IL 62656

Defendant #4:

Full Name:  Correctional officer Williams

Current Job Title:  Internal affairs officer

Current Work Address  P O Box 1000
Lincoln, IL 62656

Defendant #5:

Full Name:  Correctional officer Bloomsther

Current Job Title:  Sergeant Bloomsther

Current Work Address  P O Box 1000
Lincoln, IL 62656

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes ☐     No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐     No ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number
_____

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☑   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☑   No ☐

If your answer is no, explain why not _____
_____

C. Is the grievance process completed?   Yes ☐   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  Logan Correctional Center

4

Date(s) of the occurrence 10/9/23

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

On October 9, 2023 3 officers entered housing unit 11 through the backside of the northwing. As myself and other individuals were walking down the hall, C/O Worth (now Lieutenant) and internal affairs officer Williams ordered cell 7 occupants and the people walking with us to enter cell 7 for a strip search. Officers Worth and Bloomstien began to conduct the strip search on myself and the other person who lived in the cell at the time, Carri Cook, as well as two other peoples who did not live in the cell (N-7). While the first person (Cook) underwent his strip search, Miller, Jackson and myself, and C/O Williams stood outside the cell. Officer Williams kept watch on the room as well as each person who stood outside the room for the illegal search. Each person who underwent the strip search had to take their clothes off in front of Bloomstien and Worth while being exposed to a vast window with a clear view of the employee and visitor parking lot without a shield to protect us from prying eyes. We were stripped naked and the privacy of our menstrual cycle necessities and sanitation (washing of hands) were disregarded. The bathroom on this wing/cells was operable but not utilized for the purpose of the strip search. Although it has protective measures for those not performing the strip

5

search (outside post), no viewable windows and having access to ~~be~~ sanitary napkins, tampons, garbage can, and a station to wash our hands after exchange, would have protected the vulnerable stripped people. There was also not a covering to protect us from the prying eyes of Officer Williams who continuously glanced through the chuckhole in an impatient manner the entire time. My/our rights were violated and humanity stripped away considering there is a procedure that should have been followed concerning a strip search and the officers were in complete violation to this procedure that protects me and my rights.

The illegal strip search violated the Fourth, Eighth and Fourteenth Amendment rights of each person involved. Because there was no valid penological justification for the October 9, 2023 strip search, the members who were subjected to deliberate indifference which resulted in cruel and unusual punishment. Although privacy/protection + sanitary exchange was requested, we were told "no". The officers did not change gloves throughout the search after touching hair, clothing, and body parts. Williams was an invited spectator of the opposite sex once he was told to stop looking inside the cell, he made demeaning comments outside the door, stating "I find nothing enticing about that color, and, "I don't like dark meat." Both statements were demeaning and humiliating and they opened the door for other individuals who walked down the hall to join in laughter and jokes. No individual was informed of the justification for the strip search even if there was one established for individual Anna Hootman, the act violated 8th, 4th, and 14th Amendments of all parties involved. The incident has been grieved, ignored, which opened

the door for the same types of acts of indifference to reoccure in the institution. On September 19th of 2025 - Corri Cook was subjected to retaliatory behavior from Lieutenant Worth. His cell was shook and objects were taken from his cell that was purchased from the individual in custody commissary store and approved Dick Blick Art supply company and to date not returned. There was no penological interest to search and seize property without returning it or justification. The new grievance is ongoing of the issue at this time. The situation was forwarded to the internal Affairs office Department and they did not find it as a PREA considering privacy was violated and the invarsion rose to the level of sexual abuse.

**RELIEF REQUESTED**

(State what relief you want from the court.)

Monetary reperations of 1,000,000; certification for an Injunction

7

Class for women who are currently held at Logan Correctional Center and future women to be held at Logan; Injunctive relief for the plaintiffs in this case as well as the entire class of women.

**JURY DEMAND**     Yes ☑     No ☐

Signed this  30  day of  September , 20 25 .

( Signature of Plaintiff)

| Name of Plaintiff: Elbonie Burnside; Carri Cook; Latrice Burns; Sharanda Miller | Inmate Identification Number: R75094, et al., |
|---|---|
| Address: PO Box 1000 | Telephone Number: |